1174

No. 04–8120. Griffin v. United States et al. C. A. 10th Cir. Certiorari denied.

No. 04–8122. Harding v. Sternes, Warden. C. A. 7th Cir. Certiorari denied.

No. 04–8123. Hastings v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–8139. Coplin v. United States. C. A. 3d Cir. Certiorari denied.

No. 04–8141. Forte v. United States. Ct. App. D. C. Certiorari denied.

No. 04–8144. Fisher v. Copeland, Judge, Circuit Court of Missouri, 34th Circuit. Sup. Ct. Mo. Certiorari denied.

No. 04–8148. Jones v. United States. C. A. 5th Cir. Certiorari denied.

No. 04–8149. Brown v. United States. C. A. D. C. Cir. Certiorari denied.

No. 04–8150. Watts v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–8155. Perilla v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–8166. Gonzalez Lora v. United States. C. A. 4th Cir. Certiorari denied.

No. 04–8167. Babiar v. United States. C. A. 8th Cir. Certiorari denied.

No. 04–8174. Bailey v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–8177. Tyson v. United States. C. A. 4th Cir. Certiorari denied.

No. 04–8179. White v. United States. C. A. 4th Cir. Certiorari denied.

No. 04–8184. Port v. United States. C. A. 9th Cir. Certiorari denied.